IN the INT. OF: A.W.P.

Appeal of: Q.P.

1478 MDA 2016

Superior Court of Pennsylvania.

03/13/2017

107 AD 2015/CP–22–DP–90–2015 (Dauphin)

Affirmed

**COM.**

v.

**SABOLCIK, F.**

892 WDA 2015

Superior Court of Pennsylvania.

03/13/2017

CP–02–CR–0015022–2013 (Allegheny)

Affirmed

**COM.**

v.

**MAPLE, J.**

1919 WDA 2015

Superior Court of Pennsylvania.

03/13/2017

CP–65–CR–0002544–2006

(Westmoreland)

Affirmed

**COM.**

v.

**THOMPSON, R.**

258 WDA 2016

Superior Court of Pennsylvania.

03/13/2017

CP–02–CR–0000205–2014 (Allegheny)

Vacated/Remanded

**KNOLL, K.**

v.

**KNOLL, C.**

317 WDA 2016

Superior Court of Pennsylvania.

03/13/2017

FD05–008306–005

(Allegheny)

Affirmed